**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6057**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

    v.

MARQUIS ANTHONY NELSON, a/k/a Marquis L. Nelson,

            Defendant - Appellant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.   Irene C. Berger,
District Judge.  (1:08-cr-00058-1)

Submitted: April 16, 2015          Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marquis Anthony Nelson, Appellant Pro Se.   John Lanier File,
Assistant United States Attorney, Beckley, West Virginia; Steven
Loew, Assistant United States Attorney, Charleston, West
Virginia for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquis Anthony Nelson appeals the district court's order denying his motion to produce certain documents related to his criminal trial.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Nelson, No. 1:08-cr-00058-1 (S.D.W. Va. Dec. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Nelson indicates in his informal brief that he also seeks to appeal the district court's April 13, 2012, order denying his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012). We decline to consider the inordinately late second appeal from that order.